496 P.2d 1095

**Rumaldo DURAN, Petitioner,**

v.

**STATE of New Mexico, Respondent.**

**No. 9465.**

Supreme Court of New Mexico.

May 4, 1972.

Further ordered that the record in Court of Appeals Cause No. 823, 83 N.M. 700, 496 P.2d 1096, be and the same is hereby returned to the Clerk of the Court of Appeals.

496 P.2d 1095

**NEW MEXICO HEALTH AND SOCIAL SERVICES DEPARTMENT, Petitioner,**

v.

**Joaquin BACA, Respondent.**

**No. 9476.**

Supreme Court of New Mexico.

May 4, 1972.

Further ordered that the record in Court of Appeals Cause No. 780, 83 N.M. 703, 496 P.2d 1099, be and the same is hereby returned to the Clerk of the Court of Appeals.